THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR
 RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Matthew John
 Baesher, Appellant.
 
 
 

Appeal From Greenville County
 Charles B. Simmons, Jr., Special Circuit
Court Judge

Unpublished Opinion No. 2009-UP-421
 Submitted September 1, 2009  Filed
September 3, 2009    

AFFIRMED

 
 
 
 Appellate Defender M. Celia Robinson, of Columbia, for Appellant.
 Assistant Chief Legal Counsel J. Benjamin Aplin, of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Matthew
 John Baesher appeals his probation revocation, arguing the trial court erred in
 revoking his probation and imposing GPS monitoring on him.  We affirm pursuant to Rule 220(b), SCACR,
 and the following authorities:  State
 v. Hamilton, 333 S.C. 642, 647, 511
 S.E.2d 94, 96 (Ct. App. 1999) (holding an appellate court's authority to review
 a probation revocation is confined to correcting errors of law unless the lack
 of legal or evidentiary basis indicates the circuit judge's decision was
 arbitrary and capricious); S.C. Code Ann. § 23-3-540(C) (Supp. 2008) (stating a
 court must order active electronic monitoring for a person who is required to
 register as a sex offender for committing or attempting a lewd act upon a child
 under sixteen and violates a term of his probation).     

AFFIRMED.[1]
HEARN, C.J.,
 KONDUROS, and LOCKEMY, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.